1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,                )
                                             )   No.  CR 06-0764 JSW
10                        Plaintiff,         )
                                             )   [PROPOSED] STIPULATED ORDER
11           v.                              )   MOVING SENTENCING DATE
                                             )
12  ARTURO VEGA-CABRERA,                     )
                                             )   **Current Hearing Date:** Thursday,
13                        Defendant.         )   January 25, 2007 at 2:00 pm
    _____ )
14                                               **Proposed Sentencing Hearing Date**:
                                                 Thursday, February 8, 2007 at 2:00 pm
15
16
17          The above-entitled matter is currently scheduled for Thursday, January 25, 2007 at 2:00 pm for
18  plea and summary sentencing in a "fast track" illegal reentry disposition. AFPD Steven Kalar will be
19  out of the office on that date, and the defense therefore requests that the matter be continued for two
20  weeks, until Thursday, February 8, 2007. Mr. Kalar represents that he has spoken to the Probation
21  Officer assigned to this matter, who is available on the 8th.
22          The government has no objection to this request.
23          Therefore, for good cause shown the status appearance on January 25 shall be vacated. The
24  matter shall be added to the Court's calender on Thursday, February 8, 2007 for change of plea and
25  sentencing. Time shall be excluded from Speedy Trial Act calculations from January 25, 2007 until
26  //

*Vega–Cabrera*, CR 06-0764 JSW
ORD. CONT. PLEA, SENT.

1   February 8, 2007 due to the unavailability of defense counsel, and to permit for adequate preparation

2   of defense counsel as Mr. Kalar reviews the pre-plea presentence report with his client and a Spanish

3   interpreter.

4

5   IT IS SO ORDERED.

6   January 11, 2007

7   DATED                                                    JEFFREY S. WHITE

8                                                            United States District Court Judge

9

10  IT IS SO STIPULATED.

11

12  ____01/10/07_____                    ___/s_____

13  DATED                                                    KEVIN V. RYAN

14                                                           United States Attorney
                                                             Northern District of California

15                                                           ERIKA FRICK
                                                             Assistant United States Attorney

16

17

18  _____01/10/07_____                     ____/s_____

19  DATED                                                    BARRY J. PORTMAN
                                                             Federal Public Defender

20                                                           Northern District of California
                                                             STEVEN G. KALAR

21                                                           Assistant Federal Public Defender

22

23

24

25

26

*Vega–Cabrera*, CR 06-0764 JSW
ORD. CONT. PLEA, SENT.                           2