KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-764 JSW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 28, 2006 TO JANUARY 25, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| ) | |
| v. ) | |
| ) | |
| ARTURO VEGA-CABRERA, ) | |
| ) | |
| Defendant. ) | |

       The parties appeared before the Court for the Defendant's arraignment on November 28, 2006.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea date on January 25, 2007 at 11:00 a.m., before the Honorable Jeffrey S. White; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from November 28, 2006 to January 25, 2007.  The parties agreed, and the Court found and held, as follows:

       1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, both counsel's scheduled absences from the District, and the need for both sides to

CR 06-764 JSW
STIP. & [PROP.] ORDER

finalize a plea agreement, and would deny the defendant and the government continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 28, 2006 to January 25, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 28, 2006 to January 25, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    4. The Court scheduled a change of plea hearing on January 25, 2007, at 11:00 a.m.

IT IS SO STIPULATED.

DATED: January 5, 2007
                         /s/
                         TRACIE L. BROWN
                         Assistant United States Attorney

DATED: January 5, 2007
                         /s/
                         STEVEN G. KALAR
                         Attorney for Arturo Vega-Cabrera

**IT IS SO ORDERED.**

DATED: 1/11/07



CR 06-764 JSW
STIP. & [PROP.] ORDER                         2