1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  ERIKA R. FRICK (CASBN 208150)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       E-Mail: erika.frick@usdoj.gov
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,   ) | No. CR 06-764 JSW |
|---|---|
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 8, 2007, TO MARCH 8, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) |
| v. ) | |
| ARTURO VEGA-CABRERA ) | |
| Defendant. ) | Sentencing Date: March 8, 2007 |

The parties appeared before the Court on February 8, 2007. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea and sentencing date to March 8, 2007, before the Honorable Jeffrey S. White; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from February 8, 2007, to March 8, 2007. The parties agreed, and the Court found and held, as follows:

CR 06-764 JSW
[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME         -1-

1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary to obtain documents relating to the Defendant's prior conviction and to conduct effective plea negotiations.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 8, 2007 to March 8, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § (h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 8, 2007 to March 8, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a change of plea hearing and sentencing for March 8, 2007, at 2:30 p.m.

IT IS SO STIPULATED.

DATED: February 14, 2007

/S/
ERIKA R. FRICK
Assistant United States Attorney

DATED: February 13, 2007

/S/
STEVEN KALAR
Attorney for Arturo Vega-Cabrera

**IT IS SO ORDERED.**

DATED: February 14, 2007

THE HON. JEFFREY S. WHITE
United States District Court Judge

CR 06-764 JSW
[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME         -2-