| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>Interim United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | ERIKA R. FRICK (CASBN 208150)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6973 |
| 7 | Facsimile: (415) 436-7234<br>E-Mail: erika.frick@usdoj.gov |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-764 JSW |
| Plaintiff, | ) ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE OF PLEA AND SENTENCING DATE FOR ARTURO VEGA-CABRERA FROM MARCH 8, 2007, TO MARCH 22, 2007, AND TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | ) | |
| ARTURO VEGA-CABRERA | ) ) | |
| Defendant. | ) ) ) | |

Plea/Sentencing Date: March 8, 2007

The government and Defendant Arturo Vega-Cabrera hereby stipulate as follows:

1. The parties are currently scheduled for change of plea and sentencing in this Fast Track case on March 8, 2007. As was discussed by the parties at the last hearing on February 8, 2007, the parties and the Probation Officer are attempting to obtain documents underlying the Defendant's prior conviction for Transportation, Sale, and Distribution of a Controlled Substance (Heroin) pursuant to California Health & Safety Code Section 11352 in order to prepare for the present case. Both the government and the Probation Officer have made diligent efforts to obtain those documents, but the documents have not yet been obtained by the San Francisco Superior Court.

CR 06-764 JSW
[PROPOSED] ORDER AND
STIPULATION FOR CONTINUANCE
AND TO EXCLUDE TIME                    -1-

1    2. Under the current schedule, the Probation Officer's Presentence Report would be due today, February 22, 2007. Today, counsel for the government, Erika Frick, spoke with Probation Officer David Ackermann and also with counsel for the Defendant, Steven Kalar. The government, the Probation Officer, and defense counsel all agreed that, in order to prepare effectively for this case, the government should seek a further continuance of two weeks. The requested two week continuance will allow time for the government and defense counsel to obtain and review the underlying conviction documents, and to allow for the Probation Officer to obtain and review those documents and provide an updated Presentence Report.

3.   The government and defense counsel therefore stipulate that the plea and sentencing hearing currently scheduled for March 8, 2007, should be vacated and reset for March 22, 2007. A continuance is needed because the parties are unable to conduct effective case preparation until the underlying conviction documents are obtained. The parties therefore request a new plea and sentencing date of March 22, 2007, at 2:30 pm.

4.   The parties also stipulate that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A). Failure to grant the requested continuance would unreasonably deny both the government and defense counsel reasonable time necessary for effective preparation of the case, due to the missing documents mentioned above.

5.   Given these circumstances, the change of plea and sentencing date should be moved from March 8, 2007, to March 22, 2007. In addition, time should be excluded from Speedy Trial Act calculations from March 8, 2007, to March 22, 2007, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A) &

///
///
///
///
///
///

CR 06-764 JSW
[PROPOSED] ORDER AND
STIPULATION FOR CONTINUANCE
AND TO EXCLUDE TIME                -2-

1  (B)(iv).

2      IT IS SO STIPULATED.

4  DATED: February 22, 2007            /S/
                                              ERIKA R. FRICK
                                              Assistant United States Attorney

7  DATED: February 22, 2007            /S/
                                              STEVEN KALAR
                                              Attorney for Arturo Vega-Cabrera

**IT IS SO ORDERED.**

DATED: February 26, 2007            _/s/ Jeffrey S. White_
                                              THE HON. JEFFREY S. WHITE
                                              United States District Court Judge

28  CR 06-764 JSW
~~[PROPOSED]~~ ORDER AND
STIPULATION FOR CONTINUANCE
AND TO EXCLUDE TIME        -3-